

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less Than $5</u>
<u>For Deposit To Registry Fund</u>

Debtor:   River Hills PreVu, Inc.
Chapter 7 Case No. <u>08-44641</u>

Please Check One:
X   Unclaimed Dividends

___   Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Magnet Marketing<br>1475 Bridgewater Rd<br>Minneapolis MN 55422 | 4 | $5,925.50 | $87.40 |
| Collin Creek Mall LLC<br>110 N Wacker Dr, BSC 1-26<br>Chicago, IL 60606 | 26 | $692.02 | $10.21 |
| Fairhaven Group<br>300 Harris Ave<br>Bellingham, WA 98225 | 81 | $3,222.64 | $47.53 |
| Black Design Inc.<br>1784 Colfax Ave S<br>Minneapolis, MN 55403 | 88 | $89,096.89 | $1,314.24 |
| New York Model Management<br>596 Broadway St, Suite 701<br>New York, NY 10012 | 89 | $7,200.00 | $106.21 |
| Lodise Family<br>3227 Steele Ave<br>Bristol, PA 19007 | 92 | $19,825.35 | $292.44 |
| GMG Entertainment<br>1524 Cloverfield Blvd, #G<br>Santa Monica, CA 90404 | 98 | $27,401.97 | $404.20 |
| Nathan and Stacy Toney<br>1224 Summer Lane<br>Auburn, GA 30011 | 99 | $5,503.00 | $81.18 |
| Seastone LC<br>5314 North 250, West 300<br>Provo, UT 84604 | 257 | $8,000.00 | $118.01 |
| Thurston County Courthouse<br>2000 Lakeridge Dr SW<br>Olympia, WA 98502 | 278 | $401.70 | $5.92 |

{00012199.1 }

| | | | |
|---|---|---|---|
| Bowne of Chicago Inc<br>500 W Madison St, Suite 3200<br>Chicago, IL 60661 | 365 | $3,500.00 | $51.63 |
| GSI Commerce Solutions Inc.<br>One Logan Square<br>Philadelphia, PA 19103 | 368 | $11,921.00 | $175.85 |
| Heys USA Inc<br>3200 Meridian Parkway, Suite 101<br>Weston, FL 33331 | HOL34 | $24,170.00 | $356.52 |
| Host International Inc.<br>1155 Connecticut Ave NW, #500<br>Washington DC 20036 | INC20 | $53,780.34 | $793.30 |
| G&W Display Fixtures Inc<br>804 N. Matteson St.<br>Bronson, MI 49028 | HOL26 | $4,194.89 | $61.87 |
| IEM Inc.<br>P O Box 110265<br>Research Triangle Park, NC 27709 | HOL41 | $7,303.76 | $107.73 |
| Crystal Rose BO<br>5505 Bass Lake Rd<br>Crystal, MN 55429 | HOL48 | $429.19 | $6.33 |
| Kiva Designs Inc<br>.6440 Goodyear Rd.<br>Benicia, CA 94510 | HOL52 | $2,713.50 | $40.03 |
| Wells Fargo Trade Capital<br>119 West 40th St., 10th Floor<br>New York, NY 10018 | HOL64 | $19,437.77 | $286.72 |
| Premier Transportation<br>999 American Blvd E<br>Minneapolis, MN 55420 | HOL70 | $718.20 | $10.59 |
| Twinkle Leatherwear Co Inc<br>71/75 Container Port Rd<br>Kwai Chung N T Hong Kong | HOL83 | $15,465.00 | $228.12 |
| Snohomish County PUD<br>P O Box 1100<br>Everett, WA 98206 | HOL84 | $652.52 | $9.63 |
| D-2 International<br>P78 Kasaba Industrial Estate<br>Calcutta 700078 | HOL91 | $4,725.00 | $69.70 |
| Sara Lee Household<br>447 Old Swede Road<br>Douglassville, PA 19518 | HOL93 | $78,763.20 | $1,161.81 |
| Lodis Accessories Inc.<br>10455 Jefferson Blvd<br>Culver City, CA 90232 | HOL94 | $968.97 | $14.29 |
| | | | |

{00012199.1 }

| | | | |
|---|---|---|---|
| Cobb County Tax Commissioner<br>P O Box 649<br>Marietta, GA 0649 | HOL116 | $1,535.79 | $22.65 |
| Howard County Maryland<br>3430 Courthouse Drive<br>Ellicott City, MD 21043 | HOL125 | $1,890.65 | $27.89 |
| Broadridge Invest Comm Solut<br>1155 Long Island Avenue<br>Edgewood, NY  11717 | INC9 | $17,135.22 | $252.76 |
| Westfield Concession Mgmt<br>2029 E Century Park, 25th Floor<br>Los Angeles, CA 90067 | PVI2 | $23,754.82 | $350.40 |
| Wells Fargo Bank NA<br>90 S 7th St<br>Minneapolis, MN 55402 | HOL77 | $2,650.92 | $39.10 |
| | | **Total** | **$6,534.26** |

DATE: January 11, 2018

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

{00012199.1 }

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 7 Bankruptcy Cases |
| | Substantively Consolidated |
| River Hills PreVu, Inc. f/k/a River Hills | 08-44641 |
| Wilsons, Inc. d/b/a Wilsons Leather and | 08-44635 |
| Jointly Administered Cases, | 08-44639 |
| | 08-44642 |
| Debtors. | 08-44313 |
| | 08-44756 |
| | 08-44758-08-44768 |
| | 08-44770-08-44779 |
| | 08-44785 |
| | 08-44787 |
| | 08-44794 |

### TRUSTEE'S REPORT REGARDING FUNDS OVER $500.00
### TO BE DEPOSITED IN COURT'S REGISTRY

According to Local Bankruptcy Rule 506(d)(2), Brian F. Leonard, Chapter 7 Trustee in the above referenced matter, is filing this Report along with Form MN-305. The Trustee has been unable to locate several creditors with a total distribution entitled to them in the amount of $6,534.26.

The Trustee has made reasonable attempts to locate the creditors by way of the debtor's creditor's matrix, with mailings to different addresses being returned by the postal service as undeliverable, and such checks have been outstanding for over 90 days. Internet searches for the creditors' addresses have also been unsuccessful.

Accordingly, funds in the amount of $6,534.26 are being deposited in the Court's Registry as and for dividends belonging to claimants/creditors as identified in the Unclaimed Dividends report.

Dated: January 11, 2018        /e/     Brian F. Leonard                    
                                        Brian F. Leonard, Trustee
                                        100 S. Fifth Street, Suite 2500
                                        Minneapolis, MN  55402
                                        612-332-1030

{00673973.1}