*266304*
*3-15-SD*
*$2344.82*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5
For Deposit To Registry Fund

Debtor:   River Hills PreVu, Inc.
Chapter 7 Case No.  08-44641

Please Check One:
X__ Unclaimed Dividends

____ Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| One Source Logistics LLC<br>2000 W. 98th Street<br>Minneapolis, MN 55431 | HOL24 | $158,962.94 | $2,344.82 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DATE: March 13, 2018

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN  55402
(612) 332-1030

RECEIVED
18 MAR 15 PM 1:36
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

{00012199.1 }